

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00380-CR

**LAWRENCE LEWIS LOVE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2014-1065-C1

## MEMORANDUM OPINION

Lawrence Lewis Love appeals the trial court's judgment of conviction dated November 10, 2016. Because the trial court's certificate of right of appeal that Love signed indicates that the underlying criminal case was a plea bargain case and Love has no right to appeal, and because it also indicates that Love waived his right to appeal, this appeal must be dismissed. *See* Tex. R. App. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006)

(plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

For the reasons stated, this appeal is dismissed.[1]

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 23, 2016
[CR25]



---

[1] A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).